# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**THE VILLAGE OF CAMDEN, OHIO,**

     Plaintiff(s),

                                       **CASE NO.  3:10-cv-477**

**-vs-**

                                       **District Judge Timothy S. Black**

**BOARD OF COMMISSIONERS OF
PREBLE COUNTY, OHIO,**

     Defendant(s).

_____

# JUDGMENT IN A CIVIL CASE

_____

     **[  ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

     **[X ]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

     **IT IS ORDERED AND ADJUDGED:** that Defendant's Motion to Dismiss (Doc. 5) is hereby **GRANTED**; and this case is **CLOSED**.

Date:   April 28, 2011                         **JAMES BONINI, CLERK**

                                          By: s/ M. Rogers_____
                                          Deputy Clerk